UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DUNCAN LEWIS,<br><br>  Plaintiff,<br><br>  v.<br><br>B. KIBLER, et al.,<br><br>  Defendants. | Case No.: 1:13-cv-00155-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR LEAVE TO AMEND AS UNNECESSARY<br><br>(ECF Nos. 11, 12) |

Plaintiff Brian Duncan Lewis is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The complaint in this action was filed on January 31, 2013. (ECF No. 1.) Plaintiff filed a motion for leave to amend on May 1, 2013, and a second motion for leave to amend on May 20, 2013. (ECF Nos. 11, 12.)

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, a party may its pleading once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a). Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Id. In this case, a responsive pleading has not been served and Plaintiff has not previously amended his complaint. Therefore, Plaintiff may file an amended complaint without leave of the Court.

Plaintiff is advised that his amended complaint should be brief, Fed. R. Civ. P. 8(a), but must state what each named defendant did that led to the deprivation of Plaintiff's constitutional or other

1  federal rights, <u>Ashcroft v. Iqbal</u>, 556 U.S. 662, 678-79, 129 S. Ct. 1937, 1948-49 (2009).  Although
2  accepted as true, the "[f]actual allegations must be [sufficient] to raise a right to relief above the
3  speculative level . . . ."  <u>Bell Atlantic Corp. v. Twombly</u>, 550 U.S. 554, 555 (2007) (citations omitted).
4  Further, an amended complaint supercedes the original complaint.  <u>Lacey v. Maricopa Cnty.</u>, 693 F.3d
5  896, 927 (9th Cir. 2012) (en banc).  Therefore, Plaintiff's amended complaint must be "complete in
6  itself without reference to the prior or superseded pleading."  Local Rule 220.

7       Accordingly, it is HEREBY ORDERED that Plaintiff's motions for leave to amend are
8  DENIED as unnecessary.
9  IT IS SO ORDERED.

10  Dated:   **May 22, 2013**                       /s/ *Barbara A. McAuliffe*
11                                              UNITED STATES MAGISTRATE JUDGE