# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DUNCAN LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>B. KIBLER, et al.,<br><br>        Defendants. | 1:13-cv-00155-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE<br><br>(ECF No. 18) |

      Plaintiff Brian Duncan Lewis ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 31, 2013. On March 6, 2014, the Court dismissed Plaintiff's first amended complaint with leave to amend within thirty days. The order was returned by the United States Postal Service as undeliverable on March 31, 2014. Plaintiff did not notify the Court of a new address.

      On June 12, 2014, the Magistrate Judge issued Findings and Recommendations that this action be dismissed, without prejudice, based on Plaintiff's failure to prosecute. The Findings and Recommendations were based on Plaintiff's failure to apprise the Court of his current address in compliance with Local Rules. The Findings and Recommendations were served on Plaintiff's last known address and contained notice that any objections were to be filed within fourteen days after service. More than fourteen days have passed and Plaintiff has not filed any objections or notified the Court of his current address. Instead, the Findings and Recommendations were returned as undeliverable on June 23, 2014.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on June 12, 2014, are adopted in full; and

2. This action is DISMISSED, without prejudice, based on Plaintiff's failure to prosecute.

This terminates the action in its entirety.

**SO ORDERED**
**Dated: July 2, 2014**

                                          /s/ Lawrence J. O'Neill
                                          **United States District Judge**